UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BUILDING OWNERS AND MANAGERS INSTITUTE INTERNATIONAL, INC.,<br>                           Plaintiff,<br><br>       vs.<br><br>EDUCATIOAL CONSULTANT SERVICES, LLC, a Nevada Limited Liability Company; and, CLIFTON L. JONES, an individual,<br>                       Defendants. | Case No. 2:09-CV-745<br><br>ORDER FOR DISMISSAL WITH PREJUDICE |

Pursuant to the stipulation filed herein, and good cause appearing,

IT IS HEREBY ORDERED that the above entitled action be, and is hereby, DISMISSED WITH PREJUDICE as to all causes and all parties, each party to bear its own costs and expenses.

ORDER

IT IS SO ORDERED.

DATED: This 19th day of October, 2010.

ROBERT C. JONES
United States District Judge